

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REUBEN TEHRANI | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| RUSS PRITCHARD, III; | : | **FILED** |
| PETER THOMSON; and | : | NO. 05-cv-5001 |
| THE BRYN MAWR AUCTION COMPANY, LLC | : | AUG - 2 2006 |
| Defendants | : | MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk |

## ORDER

AND NOW, this 2 day of August 2006, upon the foregoing Stipulation of Counsel for the Entry of Judgment, it is ORDERED that Judgment is entered in favor of Plaintiff, Reuben Tehrani, and against Defendants Russ Pritchard, III and The Bryn Mawr Auction Company, LLC, jointly and severally, as follows:

1. Iin the amount of One Hundred Twenty-Four Three Hundred and Fifty ($124,350) Dollars, in compensatory damages.

2. In the amount of Fifty Thousand ($50,000) Dollars in exemplary damages.

3. Counsel fees in favor of Pomerantz Perlberger & Lewis, LLP in the amount of Ten Thousand ($10,000) Dollars.

Pursuant to the Stipulation, judgment is entered in favor of Defendant Peter Thomson.

BY THE COURT:

_____
JACOB P. HART, J.

8/2/06
emailed to :
n. Perlberger
faxed to:
C. Kellerman

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

REUBEN TEHRANI                 :     CIVIL ACTION
      Plaintiff,                :
    v.                        :
                           :

RUSS PRITCHARD, III;           :
PETER THOMSON; and          :     NO. 05-cv-5001
THE BRYN MAWR AUCTION COMPANY, LLC   :
      Defendants              :

## STIPULATION OF COUNSEL FOR ENTRY OF JUDGMENT

AND NOW, this 1ST day of August, 2006, this above case having been listed for trial to commence August 2, 2006, undersigned counsel, being authorized to do so, do Stipulate to the Entry of Judgment in favor of Plaintiff, REUBEN TEHRANI, as follows:

1. Judgment against Russ Pritchard, III and The Bryn Mawr Auction Company, LLC, jointly and severally, in the amount of One Hundred Twenty-Four Three Hundred and Fifty ($124,350) Dollars, in compensatory damages.

2. Judgment against Russ Pritchard, III and The Bryn Mawr Auction Company, LLC, jointly and severally, in the amount of Fifty Thousand ($50,000) Dollars in exemplary damages.

3. Counsel fees in favor of Pomerantz Perlberger & Lewis, LLP in the amount of Ten Thousand ($10,000) Dollars, to be paid by Russ Pritchard, III and/or The Bryn Mawr Auction Company, LLC.

4. Judgment in favor of Defendant Peter Thomson.

_____      _____
Craig M. Kellerman, Esquire     Norman Perlberger, Esquire
Attorney for Defendants     Attorney for Plaintiff

```
*************** -COMM. JOURNAL- ******************* DATE AUG-02-2006 ***** TIME 14:40 ********

       MODE = MEMORY TRANSMISSION              START=AUG-02 14:39     END=AUG-02 14:40

          FILE NO.=659

STN     COMM.    ONE-TOUCH/   STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES      DURATION
NO.              ABBR NO.

001     OK       ā            16102750787                                003/003    00:00:25


                                                      -                        -

***** UF-8000 ********************** -            - ***** -              - *********
```

2:05-cv-05001-MK

CRAIG M. KELLERMAN
31 E. MARSHALL ST.
NORRISTOWN PA 19401

FAX 610-275-0787